JMR/2011R00374

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman |
| v. | : | Crim. No. 15-616 (NLH) |
| MERWIN MARC SNYDER | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, William E. Fitzpatrick, the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 15-616 (NLH), against defendant Merwin Marc Snyder, which was filed on December 9, 2015, charging the defendant with Conspiracy, in violation of Title 18, United States Code, Section 371; Smuggling of Misbranded Drugs into the United States, in violation of Title 18, United States Code, Section 545; and The Receipt and Delivery of Misbranded Drugs, in violation of Title 21, United States Code, Section 331, because further prosecution of this charge is not in the interests of the United States at this time as a result of the death of this defendant on or about June 8, 2017.

This dismissal is without prejudice.

_____
WILLIAM E. FITZPATRICK
Acting United States Attorney

So Ordered this 13th day
of July, 2017
_____
Hon. Noel L. Hillman, USDJ

1